# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

USA

                Plaintiff,

vs.

Bradley et al

                Defendant.

District No.    2:09-CR-185-PMP-LRL

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On October 13, 2010, this court received a transcript order dated October 13, 2010, requesting transcripts of a hearing held on January 26, 2010, from Mr. Peter Levitt, attorney for plaintiff, in which **portions** of the **hearing were sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed transcripts shall be unsealed by the Clerk for the limited purpose of providing a copy of the transcript as requested by Mr. Levitt.

**IT IS FURTHER ORDERED** that the sealed transcripts shall thereafter be resealed by the Clerk, and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 14th day of October, 2010.

Philip M. Pro
United States District Judge