# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> CARL VON BRADLEY, et al., <br> Defendant | 2:09-CR-00185-PMP-LRL <br><br> **ORDER** |

**IT IS ORDERED** that Defendant Carl Von Bradley's Motion for Reconsideration (Doc. #298) is **GRANTED** to the extent that Defendant Bradley shall have to and including <u>November 5, 2012</u> within which to file a supplemental brief in support of his Motion to Vacate (Doc. #278), based upon the Affidavit of his former counsel (Doc. #289).

DATED: September 28, 2012.

PHILIP M. PRO
United States District Judge