UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARL VON BRADLEY, ) <br> ) <br> Defendant. ) <br> ) | 2:09-CR-00185-PMP-LRL <br><br><br><br> ORDER |

    IT IS ORDERED that Defendant's Motion to Unseal Defendant's Motion for Reconsideration and Defendant's Motion for Relief Under 18 U.S.C. § 2255 (Doc. #329/#330) is hereby GRANTED.

DATED: October 28, 2013

_____
PHILIP M. PRO
United States District Judge