UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:09-CR-185-JAD-CWH |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CARL VON BRADLEY ) | |
| ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#204) on April 26, 2010. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: US BANK
Amount of Restitution: $2,177.00

**Total Amount of Restitution ordered: $2,177.00\*\***

\*\*Joint and several with co-defendants Eric Willoughby and Derrick Keith Bradley

Dated this _____ day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE